IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DR. MARCK BEGGS, and
DR. MEGAN HICKERSON                                                                    PLAINTIFFS

v.                                         Case No. 6:23-cv-6068

DR. CHARLES AMBROSE                                                                     DEFENDANT

## ORDER

Before the Court is Defendant Dr. Charles Ambrose's Motion for Extension of Time to File Responsive Pleading. ECF No. 13. No response is necessary, and the matter is ripe for the Court's consideration.

On June 28, 2023, Plaintiffs Drs. Marck Beggs and Megan Hickerson filed an amended complaint, naming Dr. Ambrose as a defendant. ECF No. 11. On June 29, 2023, Dr. Ambrose's counsel accepted service on his behalf. ECF No. 13, at 1 ("Undersigned counsel accepted service on behalf of Dr. Ambrose on June 29, 2023, . . . ."). Accordingly, Dr. Ambrose's responsive pleading is due on or before July 19, 2023. Dr. Ambrose's counsel now requests an extension of time to respond, stating that he will "be out of town from July 14, 2023, until July 20, 2023." ECF No. 13, at 1. Drs. Beggs and Hickerson do not oppose this motion. Thus, the Court finds that this motion should be granted.

As a final matter, on June 19, 2023, Henderson State University[1] filed a motion to dismiss for lack of jurisdiction. ECF No. 8. That motion remains pending. However, as stated above, Drs. Beggs and Hickerson have since filed an amended complaint, which now governs. In that

---

[1] Drs. Beggs and Hickerson named Henderson State University as a defendant in their original complaint. *See* ECF No. 2.

amended complaint, Henderson State University is not named as a defendant.  *See* ECF No. 11. Therefore, Henderson State University's motion to dismiss (ECF No. 8) is now moot.

Accordingly, Dr. Ambrose's instant motion (ECF No. 13) is hereby **GRANTED**.  Dr. Ambrose must file his responsive pleading **on or before Wednesday, July 26, 2023, at 5:00 p.m**. Additionally, Henderson State University's motion to dismiss (ECF No. 8) is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 17th day of July, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge